UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOC., as Trustee of Citigroup Mortgage, etc., Plaintiff, | ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:07CV2635 JUDGE CHRISTOPHER A. BOYKO ORDER |
| vs. | | |
| KIMBERLY LENOR, et al., Defendants. | | |

**CHRISTOPHER A. BOYKO, J.:**

This matter comes before the Court upon the Motion (ECF DKT #15) of Plaintiff, U.S. Bank National Association, etc., to Lift Bankruptcy Stay and the Motion (ECF DKT #16) of Plaintiff, U.S. Bank National Association, etc., to Reinstate Case to Court's Active Docket.

A review of the docket, motions and accompanying exhibits reveals the captioned Plaintiff is not the holder and owner of the Note and Mortgage at issue; and further, on November 14, 2007, the U.S. Bankruptcy Court granted the Motion for Relief from Stay and Abandonment to Creditor Argent Mortgage Company, not to this moving party.

Therefore, the Motions to Lift Stay and to Reinstate Case are denied.

**IT IS SO ORDERED.**

DATE: 12/3/07

*Christopher A Boyko*
CHRISTOPHER A. BOYKO
United States District Judge

FILED
DEC 03 2007
CLERK OF COURTS
U.S. DISTRICT COURT N.D.O.