# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOC., as TRUSTEE OF CITIGROUP, etc., | ) ) ) | CASE NO. 1:07CV2635 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) ) | **ORDER** |
| KIMBERLY LENOR, et al., | ) ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J**.:

This matter comes before the Court upon Plaintiff's Amended Motion (ECF DKT #22) to Reinstate Case to Court's Active Docket. Plaintiff has submitted a copy of the Bankruptcy Court's Order, dated January 30, 2008, amending its prior entry to reflect the name of Plaintiff as the proper party obtaining relief from stay and abandonment. Therefore, Plaintiff's Motion is granted, and the captioned foreclosure case is reinstated to this Court's active docket.

Further, since the Plaintiff bears the burden of establishing federal diversity jurisdiction as well as standing to bring an action, Plaintiff is **ORDERED**, by February 12,

2008, to file a copy of the executed Assignment demonstrating Plaintiff was the holder and owner of the Note and Mortgage *as of the date the Complaint was filed*, or the Court will dismiss the Complaint.

**IT IS SO ORDERED.**

**DATE:  February 6, 2008**

    S/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**